# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER[1]
## (Magistrate Judge Lee G. Dunst)

**Case No.:** *23-cv-8938*                **Date of Initial Conference:** *March 7, 2025*

Plaintiff(s) (including names of counsel who will appear at the initial conference):

J. Lee Snead, Esq., 144 South Country Road, Bellport New York  11713
               (631) 286-0488, LeeSnead@optonline.net

Defendants(s) (including names of counsel who will appear at the initial conference):

Sokoloff Stern LLP
Steven C. Stern/Danielle Jacobs
179 Westbury Avenue, Carle Place, New York  11514
(516) 334-4500
sstern@sokoloffstern.com
djacobs@sokoloffstern.com

# PREPARATION FOR INITIAL CONFERENCE

1.     **Rule 26(f) Meeting**

   a.  Date(s) meeting(s) held: July 31, 2024, via Telephone Conference
   b.  Plaintiff(s)' representative(s) who participated:
       J. Lee Snead, Esq.

   c.  Defendant(s)' representative (s) who participated:
       Connor Mulry (former)

2.     **Discovery Exchanged Prior To Initial Conference** *[insert details below]*

   None – discovery stayed on motion, and motion to continue stay (Doc. 37) denied by Order dated February 19, 2026.

3.     **Electronically Stored Information (if any)**

   a.  Have counsel discussed any ESI to be produced?

---

[1]   The parties should consult Judge Dunst's Individual Practice Rules if they need further direction about completion of this form to be filed jointly on ECF at least five (5) business days before the Initial Conference.  In completing this form, the parties are reminded that the scope of discovery should be "proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1).

**UPDATED/EFFECTIVE SEPTEMBER 1, 2023**

Yes.  No ESI is anticipated. In the event that ESI is identified, counsel will work to expedite a protocol in short order.

b.  Have the parties entered into an ESI protocol?

See above.

**4.**    **Protective Order (if any)** *[insert expected date of submission for Court approval]*

None necessary.

**5.**    **Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?**

No.

**PHASE 1 DISCOVERY**

**1.**    Date for completion of **automatic disclosures** required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:
Answer to be filed on/before March 30, 2026.
Automatic Disclosure to be provided within 14 days after an Answer is filed on or before April 14, 2026.

**2.**    Date for completion of **preliminary discovery** necessary for reasoned consideration of settlement:

Preliminary Discovery to be provided on or before June 14, 2026.
Plaintiffs' motion to certify the class pursuant to Rule 23(c), if any, shall be made on or before July 30, 2026.

**3.**    **Settlement Conference and Mediation** *[Select Option 1 or 2 below]*

a.  Option 1:  Proposed date for initial settlement conference *[any time prior to the commencement of Phase 2 discovery]*

Initial Settlement Conference is to be held on or about June 30, 2026.

b.  Option 2:  The parties wish to be referred to the EDNY Mediation Program for mediation:    ___N/A_____.

## PHASE 2 DISCOVERY

1.     **Deadline** for proposed **amendment of the pleadings** to add claims or join additional parties:[2]

        Amended Pleadings shall be filed by July 30, 2026.

2.     Anticipated **number** of **depositions**: Plaintiffs: 5; Defendant(s): 3-5.

3.     Date for **completion of fact discovery**:  October 30, 2026.

4.     **Number** of **expert witnesses**: plaintiff(s): Unknown;  Defendants:  1.

5.     Date for exchange of **expert report(s)**: Plaintiff to provide any expert reports on or before November 30, 2026. Defendants to provide any expert reports on or before December 30, 2026. In the event that no report is to be produced the party(ies) shall declare on or before December 30, 2026. In the event that either party shall decline to provide a rebuttal they shall certify within five days of receipt of a report, which shall end expert discovery for the party.

6.     Date for **completion** of **expert discovery:** January 29, 2026.

7.     Date for **submission** of **joint certification of completion of all discovery**: February 12, 2027.

8.     Final date to take the first step in **dispositive motion practice**:

        Any party seeking to file a dispositive motion shall request a pre-motion conference on or before March 1, 2027.

---

[2] Any motion to amend the pleadings to add claims or join additional parties filed on or after the court-approved deadline will be denied absent a showing of good cause under Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d. Cir. 2021).